AO 91 (Rev. 08/09) Criminal Complaint

SEALED

FILED
OCT 1 3 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) |
| v. | ) |
| Colin Lovette BOSBY | ) Case No. 5:16-mj-00039-JLT |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 10 through August 11, 2016 in the county of Kern in the Eastern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252(a) | Knowing receipt or distribution of any visual depiction of a minor engaged in sexually explicit conduct that has traveled in interstate or foreign commerce and/or been received by use of a means or facility of interstate or foreign commerce |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joseph Hillygus, Special Agent DHS - HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/13/16

_____
*Judge's signature*

City and state: Bakersfield, CA

US Magistrate Judge Jennifer Thurston
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**AFFIDAVIT**

I, Joseph Hillygus, being duly sworn, hereby depose and state as follows:

1. I am an investigative and law enforcement officer of the United States within Section 2510(7) of Title 18 of the United States Code. That is, I am officer of the United States, who is empowered by law to conduct investigations of, and make arrests for, offenses e-numerated in Title 18 of the United States Code, Sections 2422, 2423, 2251 and 2252, *et seq*. I am employed as a Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI), in Bakersfield, California. I have been employed as a Special Agent for approximately three and a half years. I am currently assigned to the Resident Agent in Charge (RAC) Bakersfield Office as a Special Agent with HSI. As such, I investigate criminal violations of federal law, including violations relating to child pornography, and the illegal production, distribution, receipt and possession thereof. As a Federal Agent, I have received training in the investigation of child pornography and child exploitation investigations and am familiar with the nature of these investigations and what constitutes child pornography as defined by 18 U.S.C. § 2256. I am also assigned to the Central Valley Internet Crimes Against Children (ICAC) task

1

force, and have access to the experience and knowledge of fellow law enforcement investigators as well as the information provided by certified Computer Forensic Agents. I have a Bachelor's Degree in Industrial Technology from California Polytechnic State University (SLO).

2. This affidavit is made in support of issuance of a criminal complaint for Colin BOSBY of Bakersfield, California for violating the following federal statute:

a. 18 U.S.C. § 2252(a)(2), which makes it a crime for any person to receive or distribute any visual depictions of minors engaged in sexually explicit conduct if those images have traveled in interstate or foreign commerce or have been received using any means or facility of interstate or foreign commerce.

3. The information contained in this affidavit is based upon my personal knowledge of the investigation, my training and experience and, where noted, information related to me by other law enforcement officers and/or agents. Because this affidavit is written solely for the purpose of establishing probable cause for issuance of a criminal complaint, not all results of this investigation have been included herein.

4. In March of 2016, law enforcement, using investigative software, identified a user on the ARES P2P file-sharing network whose shared folder contained suspected images of child pornography available for distribution on the network. Law enforcement was able to

identify the IP Address associated with that user as
107.132.219.76 (hereinafter the "Target IP Address").

   5.   Between the dates of Thursday, March 10, 2016, at
1945 hours PST and Saturday, March 12, 2016 at 1011 hours
PST, law enforcement officers, utilizing P2P software on an
undercover computer, successfully established an Internet
connection with a computer assigned to the Target IP
Address and downloaded seven (7) video files. These seven
(7) files had been made available for sharing from that
computer. As detailed below, these files had file names
suggesting that the files contained images of child
pornography, including phrases like "PTHC," which stands
for "pre-teen hard core."

   6.   Thereafter, your affiant reviewed the contents of
the seven (7) downloaded files and observed suspected child
pornography. All seven of the files contained child
pornography. For example:

   a) The first file had an SHA-1value listed as:
"VNAIHITM2K4K2ZEI3FYDSNRDPLBQZKA6." This video was titled
"9 yo little girl get cum on her opened pussy159.avi" and
depicts a nude minor female approximately nine to eleven
years of age laying on a bed with her legs bent and pulled
in and spread exposing her vagina. What appears to be an
adult male penis ejaculates on her vagina.

   b) The second file had an SHA-1 value listed as:
"VW7ZBHHZ4BRGVNWGF3NEROVQCRTGQD4J." This video was titled
"bw poor def--keep.mpg" and is a compilation of at least a

dozen child pornography clips that appear to be older in quality. All the clips depict graphic penetrative sex acts on females approximately six to ten years of age.

7. On April 15, 2016, your affiant received Subpoena results from AT&T Internet Services which showed that the Target IP Address, 107.132.219.76, for the time and date of the downloads, was assigned to COLIN BOSBY at 1717 BAKER STREET, UNIT A, BAKERSFIELD, CA 93305.

8. Queries of law enforcement databases revealed that there is an individual named Colin Lovette BOSBY with a date of birth of March 6, 1967 residing within Bakersfield, CA. A check of this individual's criminal history revealed that BOSBY is currently a registered sex offender. This sex offender status comes from a conviction in 1989 for CA PC 288(A) – Lewd or Lascivious Act with a Child Under 14, for which he was sentenced to eight years in prison. Additionally, he was convicted in 2004 for a violation of 18 USC 2252(a) – Possession of Child Pornography, for which he was sentenced to 60 months incarceration.

9. During the child pornography downloads from the Suspect IP, law enforcement noticed that a user name had been associated with the IP Address. The user name is created by the software user and is not created by ARES. This user name was "clbsmiley." Online open source queries for this user name revealed social media accounts that utilize that same user name. One of them was for a

4

"aPenpals.com" account, wherein a man identifying himself as "Smiley Bosby" was looking for a pen pal and requested correspondence be sent to PO Box 362, Bakersfield, CA. This address matches the address on file with CA Department of Motor Vehicles for Colin BOSBY. Furthermore, a Facebook account was found for a "Smiley Bosby." Both profiles had profile pictures featuring an African American male, balding, in his mid- to late-forties, wearing glasses. These profile pictures appear to match the DMV photo of BOSBY.

10. On August 3, 2016, a federal search warrant was issued by U.S. Magistrate Judge Jennifer Thurston of the Eastern District of California for the premises of 1717 Baker Street, Unit A, Bakersfield, CA 93305. On August 11, 2016, the search warrant was executed. The residence was searched and BOSBY interviewed. Pursuant to the search warrant, digital items belonging to BOSBY were seized, including an E-machines desktop computer tower, a black thumbdrive, and a green Lexar thumbdrive. The E-machines desktop computer tower contained a 320 GB Seagate Barracuda hard drive (SN: 6SZ1LGR1), which was manufactured in China.

11. A forensic examination of the above devices was performed by Computer Forensic Analyst (CFA) Dennis Reneau and was completed on October 4, 2016. CFA Reneau verified that the seven pornographic images that law enforcement officers had downloaded from the Target IP Address between March 10, 2016, and March 12, 2016 had been distributed

from the E-machines desktop computer. At the time that we executed the search warrant, the E-machines desktop computer was powered on and actively displaying what initially appeared to be ARES download/upload activity. Further investigation revealed that on the day of the search warrant the internet was temporarily down so the download/upload activity was stalled. Pursuant to the computer forensic examination, the following results were confirmed:

    a) E-machines desktop tower was found to have 20 files of child pornography and 131 files of child erotica

    b) Black thumbdrive was found to have 799 files of child pornography and 2,541 files of child erotica

    c) Lexar thumbdrive was found to have 23 files of child pornography and two files of child erotica

    d) Unallocated/FAT portion of the 300 GB E-machines hard drive and thumbdrives was found to have 1,492 files of child pornography and 4,110 files of child erotica. These files had been deleted but were recovered through forensic examination.

12. In addition to the pornographic files found on the computer and thumbdrives, personal files of Colin BOSBY were found on the seized devices, to include bank statements, insurance cards, and personal photographs of BOSBY. During interviews with BOSBY and his wife, Ann JOHNSTON, the E-machines desktop tower was identified as being BOSBY's. JOHNSTON denied use of that computer. Both

6

individuals denied the presence of any other residents of the house who were given access to their computers, although BOSBY claimed that a cleaning person could have access to the computer while he napped.

13. Based upon the above facts and information, I submit there is probable cause to believe that defendant, Colin BOSBY, has violated 18 U.S.C. § 2252(a)(2) by receiving and distributing images of minors engaged in sexually explicit conduct that have traveled through interstate or foreign commerce and/or which were received through use of a means or facility of interstate or foreign commerce.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

```
_____
Joseph Hillygus, Special Agent
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
```

Sworn to before me, and subscribed in my presence,
This **13th** day of October, 2016.

_____
Hon. Jennifer L. Thurston
United States Magistrate Judge