PHILLIP A. TALBERT
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COLIN LOVETTE BOSBY,<br><br>　　　　　　Defendant. | CASE NO. 1:16-CR-171-LJO<br><br>ORDER FOR PROTECTIVE ORDER CONCERNING DIGITAL MEDIA CONTAINING CHILD PORNOGRAPHY |

**ORDER**

IT IS HEREBY ORDERED:

1.　　An agent with United States Immigration and Customs Enforcement, Homeland Security Investigations, or another law enforcement officer shall make a duplicate copy of the hard drive(s) and any other storage media found to contain contraband for defense analysis through defense counsel's expert, Marcus Lawson.

2.　　The duplicate copies of the hard drive(s) and storage media shall be made available for defense counsel, Gary Huss, and defense counsel's expert, Marcus Lawson, to review at a law enforcement office for the purpose of preparing for trial in the above-entitled action. The contraband images on the hard drive(s) and storage media shall not be viewed by any other person unless defense counsel is present and the viewing is necessary to prepare for defendant's defense.

3. A room on the premises of the law enforcement office where the examination takes place will be provided for the defense examination. No government agent will be inside the room during the examination. No government agent shall access or review the defense copy of the hard drive while it is within the custody of the law enforcement office.

4. The expert will be permitted to bring whatever equipment, books or records he believes necessary to conduct the examination.

5. Neither the defense expert nor defense attorney shall remove the hard drive(s) or other storage media from the law enforcement office where it will be made available for examination.

6. With the exception of materials which would be considered child pornography under federal law (including visual images and data capable of conversion into a visual image), the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered. The expert will certify in writing (using the attached certification) that he or she has taken no materials which would be considered child pornography or capable of being converted into child pornography (under federal law) from the law enforcement office, and that he or she has not caused any child pornography to be sent off site. The certification will also confirm that the defense has not caused any child pornography to be sent from the law enforcement premises by any means, including by any electronic transfer of files.

7. Except when a defense expert fails to provide this certification, no government official, or any person connected with the government, will examine or acquire in any fashion any of the items used by the expert in order to conduct the defense analyses. Should a defense expert fail to certify that he or she has not copied or removed child pornography, or data capable of being converted into child pornography, then government officials may then inspect or examine the materials, including the drive(s) and/or other storage media provided for defense review, in order to ensure that prohibited child pornography has not been removed.

8. When the defense indicates that it is finished with its review of the copy of the hard drives, said drives shall be "forensically wiped" and promptly returned to defendant's proposed expert who originally provided the drives for the purpose of this examination, unless the defense requests that they be preserved for future review or use.

9. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED.

Dated: **April 17, 2017**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

1  PHILLIP A. TALBERT
   United States Attorney
2  MEGAN A. S. RICHARDS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-171-LJO |
|---|---|
| Plaintiff, | CERTIFICATION REGARDING THE EXAMINATION OF COMPUTER MEDIA CONTAINING CHILD PORNOGRAPHY |
| v. | |
| COLIN LOVETTE BOSBY, | Hon. Lawrence J. O'Neill |
| Defendant. | |

## CERTIFICATION

I, Marcus Lawson, certify under penalty of perjury that I have not copied or removed any images of child pornography or data capable of being converted into images of child pornography, or caused the same to be transferred electronically (or by any other means) to any other location, during the course of my review of the evidence in this case.

Date: _____     Signed: _____

[PROPOSED] ORDER CONCERNING DIGITAL MEDIA
CONTAINING CHILD PORNOGRAPHY

4