PHILLIP A. TALBERT
United States Attorney
MEGAN A. S. RICHARDS
VINCENZA RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>              v.<br><br>COLIN LOVETTE BOSBY,<br><br>                          Defendant. | CASE NO. 1:16-CR-00171-SKO-LJO<br><br>STIPULATION TO CONTINUE TRIAL DATE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>OLD TRIAL DATE: July 25, 2017, at 8:30 a.m<br>NEW TRIAL DATE: August 1, 2017 at 8:30 a.m.<br><br>COURT: Hon. Lawrence J. O'Neill |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant COLIN

LOVETTE BOSBY, by and through defendant's counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for trial on July 25, 2017, at 8:30 a.m.

    2.    By this stipulation, defendant and the government now move to continue the trial date to

August 1, 2017, and to exclude time between July 25, 2017, at 8:30 a.m, and August 1, 2017.

    3.    The parties agree and stipulate, and request that the Court find the following:

        a)    The government has represented that this child pornography receipt and

distribution case involves significant testimony of a computer forensics expert. The government

initially conducted forensic review of the defendant's computer and hard drives with a Homeland

Security Investigations computer forensic expert who has in the last few months experienced

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

significant health problems.  Because of these health problems, the government has engaged a second forensic expert to review the digital evidence in the case to avoid any potential long delays stemming from unavailability of witnesses.  On July 5, 2017, the government gave the defense a written summary of the forensic expert's testimony and on July 7, 2017, the government produced to the defendant further discovery resulting from the expert's review.

b)  In addition, by this Court's Order, filed on April 17, 2017, the government made the defendant's digital devices available for the defendant's expert to review.

c)  Counsel for defendant desires additional time to allow counsel for the defendant to review the final expert reports.

d)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)  The government does not object to the continuance.

f)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 25, 2017, at 8:30 a.m to August 1, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  On account of this change in trial dates, counsel for the defendant and counsel for the government agree to the following changes in the due dates contained in the Pretrial Order (Doc. 25):

a)  All documents previously due July 17, 2017 shall now be filed by July 24, 2017.

b)  All documents previously due July 21, 2017 shall now be filed by July 28, 2017.

5.  In order to present the case more efficiently once trial has commenced, the parties believe it would be helpful to have a pretrial conference and to file motions *in limine* concerning Rule 404(b)

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

and Rule 414 evidence that the government intends to present.  As such, the parties additionally stipulate that:

        a)      The United States shall file its motions *in limine* concerning Rule 404(b) and Rule 414 evidence by Friday, July 14, 2017.

        b)      The defendant shall respond by Friday, July 21, 2017.

        c)      A pretrial conference shall be set for July 24, 2017, in the afternoon, or at another time convenient for the court.

    6.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 10, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ MEGAN A. S. RICHARDS
MEGAN A. S. RICHARDS
Assistant United States Attorney

Dated:  July 10, 2017

/s/ Gary Huss
Gary Huss
Counsel for Defendant
COLIN LOVETTE BOSBY

**FINDINGS AND ORDER**

The parties having established good cause to re-set the trial date from July 25, 2017, to August 1, 2017, based on the grounds set forth in the parties' Stipulation, the trial date is hereby VACATED and

re-set by this Order for August 1, 2017, at 8:30.  The time period between the date on this Order and August 1, 2017, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

The deadlines in the Pretrial Order (Doc. 25) shall be changed as agreed to in the parties' Stipulation.

A pretrial conference shall be scheduled for July 24, 2017, at [TIME].

The parties may file motions *in limine* as proposed in the above-pretrial order.  The motions shall be filed by July 14, 2017.  The response shall by filed by July 21, 2017.

IT IS SO ORDERED.

Dated:  **July 10, 2017**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT