

FILED

AUG 03 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs.

COLIN LOVETTE BOSBY,

_____/

CASE NO. 1:16-CR-00171-001 LJO

EXHIBIT LIST

The attached comprises the court's record of exhibits in the jury trial of the above entitled case.

DATED: August 3, 2017

/s/ I. Munoz_____
I. Munoz, Courtroom Deputy

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 1 | eMachine Desktop Personal Computer | [physical item] | | 8-1-17 |
| 2 | 8 GB USB 2.0 PNY Thumb Drive | [physical item] | | 8-1-17 |
| 3 | 64 GB Lexar Thumb Drive | [physical item] | | 8-1-17 |
| 4 | Chart of Files Downloaded During Undercover | BN 365 | | |
| 5 | AT&T Business Record | BN 281-282 | | 8-1-17 |
| 5-A | AT&T 902(11) Declaration [For Authentication Purposes Only] | BN 12780 | | |
| 6 | Entry Video – August 11, 2016 | BN 278 | | 8-1-17 |
| 7 | SW Photo 1 and Magnified Version | BN 367 | | 8-1-17 |
| 8 | SW Photo 2 | BN 378 | | 8-1-17 |
| 9 | Sketch of Search on August 11, 2016 | BN 299 | | 8-1-17 |
| 10 | [Blank] | | | |

| | | | | |
|---|---|---|---|---|
| 11 | Defendant Interview Clip 1 – August 11, 2016 Interview | BN 275 | | 8-1-17 |
| 12 | Defendant Interview Clip 2 – August 11, 2016 Interview | BN 275 | | 8-1-17 |
| 13 | Defendant Interview Clip 3 – August 11, 2016 Interview | BN 275 | | 8-1-17 |
| 14 | Defendant Interview Clip 4 – August 11, 2016 Interview | BN 275 | | |
| 15 | Defendant Interview Clip 5 – August 11, 2016 Interview | BN 275 | | 8-1-17 |
| 16 | Defendant Interview Clip 6 – August 11, 2016 Interview | BN 275 | | 8-1-17 |
| 17 | Defendant Interview Clip 7 – August 11, 2016 Interview | BN 275 | | [signature] 8-1-17 |
| 18 | Defendant Interview Clip 8 – August 11, 2016 Interview | BN 275 | | 8-1-17 |
| 19 | Defendant Interview Clip 1 – October 17, 2016 Interview | BN 276 | | 8-1-17 |

GOVERNMENT'S EXHIBIT LIST  3

| | | | | |
|---|---|---|---|---|
| 20 | Defendant Interview Clip 2 – October 17, 2016 Interview | BN 276 | | 8-1-17 |
| 21 | Defendant Interview Clip 3 – October 17, 2016 Interview | BN 276 | | 8-1-17 |
| 22 | Defendant Interview Clip 4 – October 17, 2016 Interview | BN 276 | | 8-3-17 |
| 23 | Defendant Interview Clip 5 – October 17, 2016 Interview | BN 276 | | 8-3-17 |
| 24-A | August 11, 2016 – Complete Interview [For Authentication Purposes Only] | BN 275 | | |
| 24-B | August 11, 2016 – Complete Transcript [For Authentication Purposes Only] | BN 12907-12961 | | |
| 25-A | October 17, 2016 – Complete Interview [For Authentication Purposes Only] | BN 276 | | |

| | | | | |
|---|---|---|---|---|
| 25-B | October 17, 2016 – Complete Transcript [For Authentication Purposes Only] | BN 12869-12906 | | |
| 26 | Computer Basics Demonstrative Slides | BN 13078-13100 | Ruling on Record | 8-1-17 |
| 27 | Internet Basics Demonstrative Slides | BN 13101-13111 | | 8-1-17 |
| 28 | Peer to Peer Demonstrative Slides | BN 13112-13111 | | 8-1-17 |
| 29 | [Blank] | | | |
| 30 | Account Information for User Name "Internet" | BN 13072 | | |
| 31 | Software.dat | BN 12981 | | 8-2-17 |
| 32 | eMachine ARES Folder Path | BN 13000 | | 8-2-17 |
| 33 | Ares Program Install Information | BN 12999 | | 8-2-17 |
| 34 | eMachine Installed Applications | BN 13020 | | 8-2-17 |
| 35 | Indicia File List | BN 12981 | | 8-2-17 |
| 36 | Drivers lic-smiley.pdf | BN 13004 | | 8-2-17 |
| 37 | 7-20-15 Car Registration | BN 12998 | | 8-2-17 |
| 38 | Voided Check and Driver's License | BN 13076 | | 8-2-17 |

GOVERNMENT'S EXHIBIT LIST                                5

| 39 | Auto Extension Agreement | BN 13003 | | 8-2-17 |
|---|---|---|---|---|
| 40 | File Path for Med List – Smiley | BN 13028 | | 8-2-17 |
| 41 | Wells Fargo Statement 2-3-15 | BN 13077 | | 8-2-17 |
| 42 | Saved Logons | BN 12981 | | 8-2-17 |
| 43 | Screen Captures of Ares Search Terms | BN 13051-13059 | | 8-2-17 |
| 44 | Screen Captures of Ares Downloads | BN 13046-13050 | | 8-2-17 |
| 45 | Screen Capture of Ares Download Folders | BN 13045 | | 8-2-17 |
| 46 | eMachine Child Pornography Located, File Names, and Created Dates | BN 13006 | | 8-2-17 |
| 47 | Recent Files Shortcuts-Lnk Files | BN 13043-13044 | | 8-2-17 |
| 48 | eMachine USB Devices Connected | BN 12981 | | 8-2-17 |
| 49 | Pornografia infantile – cogiendo por el culito a mi hermanita pthc.mpg Redacted Screen Capture | BN 13196 | | 8-2-17 |

| # | Description | Bates | | Date |
|---|---|---|---|---|
| 50 | 44051730TDG--pt-boy-superspec++++++.jpg Redacted Picture | BN 13195 | | 8-2-17 |
| 51 | Selfie Photograph on PNY Thumb Drive | BN 13069 | | 8-2-17 |
| 52 | PNY Child Pornography Located, File Names, and Created Dates | BN 13035-13041 | | 8-2-17 |
| 53 | Lexar Child Pornography Located, File Names, and Created Dates | BN 13023 | | 8-2-17 |
| 54 | Sample Images from eMachine Computer | [CD in Gov Possession (Explicit)] | | 8-2-17 |
| 55 | Sample Images from PNY Thumb Drive | [CD in Gov Possession (Explicit)] | | 8-2-17 |
| 56 | Sample Images from Lexar Thumb Drive | [CD in Gov Possession (Explicit)] | | 8-2-17 |
| 57 | Possession Indictment Dated 9/25/2003 | BN 12809-12810 | | |
| 58 | Possession Judgment Dated 5/7/2004 | BN 12811 | | |

| | | | | |
|---|---|---|---|---|
| 59 | October 17, 2016 Search Warrant Photo IMG_003 | BN 302 | | 8-1-17 |
| 60 | October 17, 2016 Search Warrant Photo IMG_004 | BN 303 | | |
| 61 | [Blank] | | | |
| 62 | October 17, 2016 Search Warrant Photo IMG_006 | BN 305 | | 8-1-17 |
| 63 | October 17, 2016 Search Warrant Photo IMG_007 | BN 306 | | 8-1-17 |
| 64 | October 17, 2016 Search Warrant Photo IMG_0010 | BN 309 | | |
| 65 | October 17, 2016 Search Warrant Photo IMG_0011 (Redacted) | BN 310 | | 8-1-17 |

//

//

GOVERNMENT'S EXHIBIT LIST                              8

| 66 | October 17, 2016 Search Warrant Photo IMG_0012 (Redacted) | BN 311 | | |
|---|---|---|---|---|

8-1-17

Dated: July 28, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ MEGAN A. S. RICHARDS
/s/ VINCENZA RABENN

MEGAN A. S. RICHARDS
VINCENZA RABENN
Assistant United States Attorneys