PHILLIP A. TALBERT
United States Attorney
MEGAN A. S. RICHARDS
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1-16-CR-171-LJO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND ORDER |
| v. | OLD DATE: October 25, 2017<br>TIME: 8:15 a.m. |
| COLIN LOVETTE BOSBY, | |
| Defendant. | NEW DATE: December 4, 2017<br>TIME: 8:15 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 25, 2017, at 8:15 a.m.

2. This case was set for sentencing after a jury trial during which the defendant was found guilty of one count of receipt or distribution of child pornography, and two counts of possession of child pornography.

3. In this case, Probation and the parties need additional time in order for Probation to complete its investigation and draft a PSR, and for the parties to respond to the draft PSR. Additional time is needed for several reasons, including the following:

STIPULATION TO CONTINUE SENTENCING     1

a. The defendant has several prior offenses.

b. The discovery in the case is voluminous, and also includes the defendant's trial record.

c. The defendant is facing a mandatory minimum sentence of fifteen years and a statutory maximum sentence of forty years on Count One. He faces ten to twenty years of imprisonment on Counts Two and Three.

d. The defendant has serious medical issues and Probation will need to consult medical records given to it by the defense in order to make a recommendation as to how to accommodate the defendant's situation in prison.

4. By this stipulation, the defendant and the United States, move to continue the sentencing for the defendant to December 4, 2017, at 8:15 a.m. to allow the United States Probation Office to conduct more investigation and consult with the parties in advance of sentencing. Good cause exists because the case is complex based on the amount of discovery and the defendant's prior convictions and the fact that the defendant is being sentenced after a jury trial.

5. The parties agree and stipulate that all deadlines for the draft Presentence Investigation Report, Informal Objections to the PSR, and formal objections to the PSR be re-set in accordance with the new sentencing date. IT IS SO STIPULATED.

Dated: September 22, 2017	PHILLIP A. TALBERT
	United States Attorney


	/s/ MEGAN A. S. RICHARDS
	MEGAN A. S. RICHARDS
	Assistant United States Attorney


Dated: September 22, 2017	/s/ Gary Huss
	Gary Huss
	Counsel for Defendant
	COLIN LOVETTE BOSBY

**FINDINGS AND ORDER**

IT IS SO FOUND

IT IS SO ORDERED.

Dated: __September 24, 2017__   _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE