McGREGOR W. SCOTT
United States Attorney
MEGAN A. S. RICHARDS
VINCENZA RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COLIN LOVETTE BOSBY,<br><br>　　　　　　　Defendant. | CASE NO. 1:16-CR-00171-LJO-SKO<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on November 6, 2017, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Colin Lovette Bosby in the following property:

　　a. eMachines Desktop Personal Computer, seized from defendant by law enforcement on or about August 11, 2016, and all data stored thereon;

　　b. 8 GB Lexar Thumb Drive, seized from defendant by law enforcement on or about August 11, 2016, and all data stored thereon; and

　　c. 64 GB Lexar Thumb Drive, seized from defendant by law enforcement on or about August 11, 2016.

AND WHEREAS, beginning on November 21, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to

petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Colin Lovette Bosby.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Investigation, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **February 9, 2018**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE